No. 95–1268. Maryland v. Wilson. Ct. Sp. App. Md. [Certiorari granted, ante, p. 1003.] Motion of the Acting Solicitor

General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.